**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

FIELD MCCONNELL
ALISON MCCONNELL

Case No: 04−60931 − DDO

Debtor(s)

Chapter 7 Case

**ORDER PURSUANT TO NOTICE REGARDING AWARDS OF**
**COMPENSATION, ETC. AND TRUSTEE'S FINAL REPORT AND ACCOUNT**

It appearing that no motion objecting to and requesting a hearing was filed within the time fixed by the court after notice to all creditors and other parties in interest with respect to the trustee's final report and account before distribution and the requests and applications filed for award or allowance and payment of compensation or reimbursement from the estate, and having thereafter duly examined and considered all such requests and applications and no actual hearing being necessary in the circumstances, it is hereby ordered that:

1. Reasonable compensation for actual and necessary services rendered or reimbursement for actual and necessary expenses incurred are hereby awarded or allowed, under 11 U.S.C §§ 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANTS | COMPENSATION | REIMBURSEMENT |
|---|---|---|
| **TRUSTEE:** DAVID VELDE | $5,534.94 | $8.25 |
| DINHAM FOLKERT & ASSOCIATES | $950.00 | |

2. Administrative expense allowances heretofore if any are hereby modified to the extent applicable by paragraph 1 above of this order.

Dated: 6/19/09

Dennis D O'Brien
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on June 19, 2009
Lori Vosejpka  Clerk, United States Bankruptcy Court
By: qcsue Deputy Clerk

**mnbtrrpt** 03/01/2005 − pb